JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

BENJAMIN P. TOLKOFF (NYB 4294443)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California  94102
   Telephone:     (415) 436-7296
   Facsimile:      (415) 436-7234
   Benjamin.Tolkoff@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-0110 WHA |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| v. ) | |
| MISAEL GONZALEZ-CARDENAS, ) a/k/a ) JOSE MISAEL CARDENAS-GONZALEZ ) | |
| Defendant. ) | |

     On March 2, 2010, the parties in this case appeared before the Court for an initial appearance. The parties requested, and the Court agreed, to continue the matter for status on April 6, 2010. The parties requested and the Court ordered that the time be excluded under the speedy trial act, 18 U.S.C. § 3161(h)(7)(B)(iv), for effective preparation of counsel.

//

1  The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: March 18, 2010        /s/
BENJAMIN P. TOLKOFF
Assistant United States Attorney

DATED: March 18, 2010        /s/
LOREN STEWART
Attorney for MISAEL GONZALEZ-CARDENAS
a/k/a JOSE MISAEL CARDENAS-GONZALEZ

For the reasons stated above, the Court finds that exclusion of the time between March 2, 2010, and April 6, 2010, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161 (h)(7)(A).  The failure to grant the requested continuance would deny the defendant effective preparation of counsel, and would result in a miscarriage of justice.  18 U.S.C. §§ 3161(h)(7)(B)(iv).

SO ORDERED.

DATED: March 22, 2010.

HONORABLE WILLIAM H. ALSUP
United States District Judge

IT IS SO ORDERED
Judge William Alsup

STIP. & [PROPOSED] ORDER EXCL. TIME
GONZALEZ-CARDENAS, CR 10-0110 WHA                                                            2